T. B. Johns, Plaintiff in Error, v. W. R. Tuten, Defendant in Error.

(Supreme Court of Florida, *En Banc*, June Term, 1909.)

Small, Palmer & Sanford, and C. A. Stephens, for Plaintiff in Error.

M. F. Horn and H. S. Caldwell, for Defendant in Error.

Circuit Court of Hamilton County; B. H. Palmer, Judge.

Action by defendant in error against plaintiff in error. There was judgment for the defendant in error, and the plaintiff in error takes writ of error. Writ of error dismissed by the court on motion of counsel for the defendant in error.